In re Kain, Martin A., Jr. et al.; Kain, James C.; Kain, Angela M.; Kain, Martin A., Ill; Kain, Gina M.; Kain, Stephanie M.; Kain, Troy A.; Kain, Darren F.; Kain, Christoper T.; Kain, Juanita M.; — Plaintiffs); applying for supervisory and/or remedial writs; Parish of Orleans, Civil District Court, Div. “D”, No. 93-7828; to the Court of Appeal, Fourth Circuit, No. 94CW-0415.
Denied.
*1098 CALOGERO, C.J., and KIMBALL and ORTIQUE, JJ., would grant the writ.
DENNIS, J., not on panel.